HOMEQ SERVICING CORPORATION, APPELLEE,
v. SCHWAMBERGER ET AL., APPELLANTS.

[Cite as *HomEq Servicing Corp. v. Schwamberger,*
122 Ohio St.3d 80, 2009-Ohio-2607.]

(No. 2008–1284—Submitted February 18, 2009—Decided June 9, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Wilborn v. Bank One Corp.*, 121 Ohio St.3d 546, 2009-Ohio-306, 906 N.E.2d 396.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Ulmer & Berne, L.L.P., and Reuel D. Ash, for appellee.

Volkema Thomas, L.P.A., and Michael S. Miller and Daniel R. Volkema; and Bannon, Howland & Dever Co., L.P.A., and Robert R. Dever, for appellants.